**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                  Case No. 12-cr-33-PB

**Craig Faulkner, et al.**

**O R D E R**

Defendant Craig Faulkner has moved through counsel to continue the July 10, 2012 trial in the above case, citing the need for additional time to complete discovery and prepare for trial. The government and co-defendants Wendy Ford, Craig Ford, and Sharon Cote do not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to November 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in

a speedy trial.

The July 31, 2012 final pretrial conference is continued to October 25, 2012 at 2:00 p.m. No further continuances will be granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 23, 2012

cc: Joseph Provanzano, Esq.
    Paul Garrity, Esq.
    Theodore Lothstein, Esq.
    Behzad Mirhashem, Esq.
    Charles Keefe, Esq.
    Jennifer Davis, AUSA
    United States Marshal
    United States Probation